# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MID-AMERICA CARPENTERS REGIONAL COUNCIL, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 4:22-cv-00970 |
| v. | ) ) **JURY TRIAL DEMANDED** |
| ALTERRA WORLDWIDE, and MUKEMMEL SARIMSACKI, an individual, | ) ) ) ) |
| Defendants. | ) |

## DISCLOSURE OF ORGANIZATIONAL INTERESTS

Pursuant to Federal Rule of Civil Procedure 7.1 and E.D. Local Rule 2.09, counsel of record for Defendant Alterra Worldwide Holdings, LLC (incorrectly named as Alterra Worldwide in Plaintiff's Complaint) hereby gives notice that the following corporate interests are disclosed:

1. If the subject organization is a corporation, state:

   a. The parent companies of the corporation: N/A

   b. Subsidiaries not wholly owned by the corporation: N/A

   c. Any publicly held company that owns ten percent (10%) or more of the corporation: N/A.

2. If the subject organization is a limited liability company or a limited liability partnership, state its members and each member's state of citizenship: Sarimsakci Holdings, LLC (California); Fides Capital Holdings, LLC (California); Terazi Holdings, LLC (Texas).

Respectfully submitted,

**ROSENBLUM GOLDENHERSH, P.C.**

BY: /s/ Theresa A. Phelps  
Theresa A. Phelps, #55023MO  
7733 Forsyth Blvd., 4th Floor  
St. Louis, MO 63105  
(314) 726-6868  
(314) 726-6786 (facsimile)  
tphelps@rosenblumgoldenhersh.com  

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon the following via operation of the Court's electronic filing system on this 27th day of September, 2022:

Sherrie A. Hall  
Workers Rights Law Firm LLC  
2258 Grissom Drive  
St. Louis, MO 63146  

Terrance B. McGann  
McGann, Ketterman & Rioux  
111 E. Wacker Dr., Ste. 2600  
Chicago, IL 60601  

/s/ Theresa A. Phelps