UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MID-AMERICA CARPENTERS REGIONAL COUNCIL, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 4:22-cv-00970 ) ) **JURY TRIAL DEMANDED** |
| ALTERRA WORLDWIDE, and MUKEMMEL SARIMSACKI, an individual, | ) ) ) ) |
| Defendants. | ) |

## DISCLOSURE OF ORGANIZATIONAL INTERESTS

Pursuant to Federal Rule of Civil Procedure 7.1 and E.D. Local Rule 2.09, counsel of record for Defendant Alterra Worldwide Holdings, LLC (incorrectly named as Alterra Worldwide in Plaintiff's Complaint) hereby gives notice that the following corporate interests are disclosed:

1. If the subject organization is a corporation, state:

   a. The parent companies of the corporation:  N/A

   b. Subsidiaries not wholly owned by the corporation:  N/A

   c. Any publicly held company that owns ten percent (10%) or more of the corporation:  N/A.

2. If the subject organization is a limited liability company or a limited liability partnership, state its members and each member's state of citizenship: Sarimsakci Holdings, LLC (California); Fides Capital Holdings, LLC (California); Terazi Holdings, LLC (Texas).

Respectfully submitted,

**ROSENBLUM GOLDENHERSH, P.C.**

BY: /s/ Theresa A. Phelps
Theresa A. Phelps, #55023MO
7733 Forsyth Blvd., 4th Floor
St. Louis, MO 63105
(314) 726-6868
(314) 726-6786 (facsimile)
tphelps@rosenblumgoldenhersh.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon the following via operation of the Court's electronic filing system on this 28th day of September, 2022:

Sherrie A. Hall
Workers Rights Law Firm LLC
2258 Grissom Drive
St. Louis, MO 63146

Terrance B. McGann
McGann, Ketterman & Rioux
111 E. Wacker Dr., Ste. 2600
Chicago, IL 60601

/s/ Theresa A. Phelps